**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPHINE BANKS, *et al.* | CASE NUMBER |
| | 2:22-cv-06892-JLS-E |
| Plaintiff(s), | |
| v. | |
| 3M COMPANY, *et al.* | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑   **ONLY** Defendant(s) 3M COMPANY. _____

_____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiffs Josephine Banks, et al. _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 14, 2023
*Date*

_____
*Signature of Attorney/Party*

*NOTE:*   *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 423 Washington Street, Suite 510, San Francisco, California 94111.

On February 14, 2023, I served true copies of the following document(s) described as:

**NOTICE OF DISMISSAL PURSUANT TO**

**FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case, who are registered CM/ECF users, will be served by the CM/ECF system. Participants in the case, who are not registered CM/ECF users, will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true, and correct, and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on February 14, 2023, at West Covina, California.

Scott Nguyen

_Josephine Banks, et al. v. 3M Company, et al._
2:22-cv-06892-JLS-E

CERTIFICATE OF SERVICE