UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE BANKS, individually and on behalf of the ESTATE OF WILLIAM HENRY BANKS, deceased; JAMIE BANKS, NUEVOE STRAIN, CRISELA BANKS, LEEANN MOLLENIDO, and WILLIAM J. BANKS, as legal heirs to WILLIAM HENRY BANKS, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> 3M COMPANY, et al., <br><br> Defendants. | Case No.  2:22-cv-06892-JLS-E <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT HILL BROTHERS CHEMICAL COMPANY** |

Pursuant to the Joint Stipulation to Dismiss Action without prejudice as to Defendant Hill Brothers Chemical Company filed by the parties (Doc. 121), it is hereby ordered that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant Hill Brothers Chemical Company only.

Each party shall bear its own costs.

DATED: July 27, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE