MICHAEL J. PIETRYKOWSKI  (SBN:  118677)
mpietrykowski@grsm.com
GLEN R. POWELL (SBN:  219453)
gpowell@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:   (213) 680-4470

Attorneys for Defendant
VELAN VALVE CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE BANKS, individually and on behalf of the ESTATE OF WILLIAM HENRY BANKS, deceased; JAMIE BANKS, NUEVOE STRAIN, CRISELA BANKS, LEEANN MOLLENDIDO, and WILLIAM J. BANKS, as legal heirs to WILLIAM HENRY BANKS, deceased,<br><br>            Plaintiffs,<br><br>      v.<br><br>3M COMPANY, et al.,<br><br>            Defendants. | Case No. 2:22-cv-06892-JLS-Ex<br><br>[Los Angeles Superior Court Case No. 22STCV26057]<br><br>**NOTICE OF PARTIAL RESOLUTION OF MATTER** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Defendant VELAN VALVE CORP. has reached an agreement to resolve this matter with Plaintiffs JOSEPHINE BANKS, individually and on behalf of the ESTATE of WILLIAM HENRY BANKS, deceased; JAMES BANKS, NUEVOE STRAIN, CRISELA BANKS, LEEANN

///

///

*Gordon Rees Scully Mansukhani, LLP*
*633 West Fifth Street, 52nd floor*
*Los Angeles, CA 90071*

-1-

1    MOLLENIDO, and WILLIAM J. BANKS, as legal heirs to WILLIAM HENRY

2    BANKS, deceased. The settlement documentation has not yet been completed.

3

4    Dated:  March 5, 2024              GORDON REES SCULLY MANSUKHANI, LLP

5

6                                       By:   */s/ Glen R. Powell*
                                              Michael Pietrykowski
7                                             Glen R. Powell
                                              Attorneys for Defendant
8                                             VELAN VALVE CORP.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**NOTICE OF PARTIAL RESOLUTION OF MATTER**

**Gordon Rees Scully Mansukhani, LLP**
**633 West Fifth Street, 52nd floor**
**Los Angeles, CA 90071**

# CERTIFICATE OF SERVICE

*Josephine Banks, et al. v. 3M Company, et al.*
*United States District Court, Case No: 2:22-cv-06892-JLS-Ex*

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon Rees Scully Mansukhani, LLP, 1111 Broadway, Suite 1700, Oakland, CA.  On the date set forth below, I served the within documents:

## NOTICE OF PARTIAL RESOLUTION OF MATTER

| | |
|---|---|
| ☐ | by electronically serving the document(s) described above via ***File & ServeXpress*** on the recipients designated on the Transaction Receipt that is located on the ***File & ServeXpress*** website and as set forth below: |
| ☐ | by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Oakland, addressed as set forth below. |
| ☐ | by transmitting via facsimile the documents listed above to the fax numbers set forth below on this date before 5:00 p.m. |
| ☒ | **by electronically serving** the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 5, 2024.

/s/ Erika Facundo
ERIKA FACUNDO