MICHAEL J. PIETRYKOWSKI (SBN: 118677)
mpietrykowski@grsm.com
JAMES G. SCADDEN (SBN: 090127)
jscadden@grsm.com
GLEN R. POWELL (SBN: 219453)
gpowell@gordonrees.com
BARTEK REJCH (267823)
brejch@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:   (213) 680-4470

Attorneys for Defendant
WARREN PUMPS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE BANKS, individually and on behalf of the ESTATE OF WILLIAM HENRY BANKS, deceased; JAMIE BANKS, NUEVOE STRAIN, CRISELA BANKS, LEEANN MOLLENDIDO, and WILLIAM J. BANKS, as legal heirs to WILLIAM HENRY BANKS, deceased,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>3M COMPANY, et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-06892-JLS-Ex<br><br>**WARREN PUMPS, LLC'S NOTICE OF PARTIAL RESOLUTION OF MATTER**<br><br>Complaint Filed: August 11, 2022<br><br>FPTC Date:  May 24, 2024 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Defendant WARREN PUMPS, LLC. has

reached an agreement to resolve this matter with Plaintiffs JOSEPHINE BANKS, individually and on behalf of the ESTATE of WILLIAM HENRY BANKS, deceased; JAMES BANKS, NUEVOE STRAIN, CRISELA BANKS, LEEANN MOLLENIDO, and WILLIAM J. BANKS, as legal heirs to WILLIAM HENRY BANKS, deceased. The settlement documentation has not yet been completed.

DATED: March 11, 2024          GORDON REES SCULLY MANSUKHANI, LLP

By:*/s/ Glen R. Powell*_____
   MICHAEL J. PIETRYKOWSKI
   JAMES G. SCADDEN
   GLEN R. POWELL
   Attorneys for Defendant
   WARREN PUMPS, LLC

# CERTIFICATE OF SERVICE

Josephine Banks, et al v. Air & Liquid Systems Corporation, et al.
United States District Court, Central District Case No: 2:22-cv-06892-JLS-Ex __

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 1111 Broadway, Suite 1700, Oakland, CA. On the date set forth below, I served the within documents:

**NOTICE OF PARTIAL RESOLUTION AS TO DEFENDANT WARREN PUMPS, LLC**

| | |
|---|---|
| ☐ | by electronically serving the document(s) described above via *File & ServeXpress* on the recipients designated on the Transaction Receipt that is located on the *File & ServeXpress* website and as set forth below: |
| ☐ | by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Oakland, addressed as set forth below. |
| ☐ | by transmitting via facsimile the documents listed above to the fax numbers set forth below on this date before 5:00 p.m. |
| ☒ | **by electronically serving** the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 11, 2024 at Covina, California.

*Erika Facundo*
ERIKA FACUNDO

**Gordon Rees Scully Mansukhani, LLP**
1111 Broadway, Suite 1700
Oakland, CA 94607

WARREN PUMPS, LLC'S NOTICE OF PARTIAL RESOLUTION