TIMOTHY F. PEARCE, ESQ. (SBN 215223)
STUART B. LEWIS, ESQ. (SBN 321824)
HANNAH B. OXLEY, ESQ. (SBN 282007)
**PEARCE LEWIS LLP**
423 Washington Street, Suite 510
San Francisco, CA 94111
Telephone    (415) 964-5225
Facsimile    (415) 830-987919
tim@pearcelewis.com
stuart@pearcelewis.com
hannah@pearcelewis.com

FREDERICK SCHENK, ESQ. (SBN 86392)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
101 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811
Fax: (619) 544-9232
fschenk@cglaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPHINE BANKS, et al. | Case No. 2:22-CV-06892-JLS-E |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| 3M COMPANY, et al. | |
| Defendants. | |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Plaintiffs JOSEPHINE BANKS, individually and on behalf of the ESTATE OF WILLIAM HENRY BANKS, deceased; JAMIE BANKS; NUEVOE STRAIN; CRISELA BANKS; LEEANN MOLLENIDO; and WILLIAM J. BANKS, as legal heirs to WILLIAM HENRY BANKS, deceased, (collectively "Plaintiffs") and all Defendants have reached resolution in the above-entitle action. This resolution will resolve this matter in its entirety.

The parties are currently working to finalize the settlement agreement relating to this resolution. The parties expect to finish memorializing the settlement within sixty (60) days.

Therefore, the parties respectfully request that the current hearings, dates, and deadlines be vacated so that the parties can finalize the terms of the agreement and file a Notice of Dismissal pursuant to Federal Rules of Civil Procedure 41(a).

Date: March 27, 2024         **PEARCE LEWIS LLP**

_____
HANNAH B. OXLEY, ESQ.
Attorney for Plaintiffs,
Josephine Banks, et al.

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 423 Washington Street, Suite 510, San Francisco, California 94111.

On March 27, 2024, I served true copies of the following document(s) described as:

- **NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

 **X**   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case, who are registered CM/ECF users, will be served by the CM/ECF system. Participants in the case, who are not registered CM/ECF users, will be served by mail or by other means permitted by the court rules.

 \_\_\_   by electronic filing and/or service via the File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true, and correct, and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on March 27, 2024, at West Covina, CA.

Scott Nguyen

*Josephine Banks, et al. v. 3M Company, et al.*
USDC CACD Case No.: 2:22-cv-06892-JLS-E
Los Angeles Superior Court Case No.: 22STCV26057